**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Preston WEST, Defendant–Appellant.**

No. 02–7479.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 5, 2003.

Preston West, Appellant Pro Se. Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Preston West appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion for reconsideration of an order dismissing his 28 U.S.C. § 2255 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. West,* No. CR–97–175 (D.Md. July 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*